IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY LOFTON                                                                                    PLAINTIFF

vs.                                           Case No. 4:20-cv-141-JM

GLAZER'S BEER AND BEVERAGE
OF ARKANSAS                                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE